**Order entered January 19, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00899-CV

## CHRIS HAMILTON, Appellant

## V.

## BRUCE BUTTE AND JONATHAN PECK, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04068-2019**

## ORDER

Before the Court is appellant's January 17, 2023 unopposed motion for a seven-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 24, 2023.

/s/     BILL PEDERSEN, III
JUSTICE